ADELAIDE W. CHARLES, as Executrix of, ARCHIBALD
  CHARLES, Deceased, Appellant, v. ELIZABETH D. LEON-
  ARD, as Executrix of GEORGE B. LEONARD, Deceased,
  Respondent.

*Charles* v. *Leonard*, 167 App. Div. 911, appeal dismissed.
(Submitted June 7, 1915; decided June 15, 1915.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the second
judicial department, entered February 5, 1915, which
reversed an order of the court at a Trial Term setting
aside a verdict in favor of plaintiff, and directed a rein-
statement of said verdict in an action to recover commis-
sions.    Also appeal from judgment entered upon said
order.

The motion was made upon the ground that the appeal
could not be taken as of right to the Court of Appeals and
that permission to appeal had not been obtained.

*Joseph M. Shellabarger* for motion.

*Henry C. Frey* opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.